# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0566.  ROBERT WASHINGTON v. THE STATE.**

Robert Washington was convicted of two counts of aggravated battery, possession of a firearm during the commission of a crime and possession of a firearm. Washington appealed his convictions, arguing that the trial court improperly sentenced him under OCGA § 17-10-7 (c), and this Court affirmed the judgment of the trial court.  See *Washington v. State*, 311 Ga. App. 518 (716 SE2d 576) (2011). Washington has now filed a "Motion in Arrest, To Stay the Judgment to Correct a Void Judgment and Sentence," in which he challenges the sufficiency of the evidence.  The trial court denied the motion, and Washington filed this appeal.

Although Washington's motion was styled as one to correct his sentence, in substance, he sought to challenge his convictions.  "[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (686 SE2d 786) (2009).  Any appeal from an order denying such a motion must be dismissed.  See id.; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Although a direct appeal may lie from an order denying a motion to correct a void sentence, a defendant must raise a colorable claim that the sentence is, in fact, void or illegal. See *Harper*, supra at 216, 217  n.1; *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). Here, however, Washington does not argue that his sentence falls outside the permissible range of punishment.  Accordingly, he has not raised a colorable void-sentence claim, and this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>11/30/2012</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*